Electronically Filed
 Supreme Court
 SCWC-12-0000535
 03-OCT-2013
 01:33 PM

 SCWC-12-0000535
 IN THE SUPREME COURT OF THE STATE OF HAWAI#I

 MATHEW S. MIKELSON,
 Respondent/Plaintiff-Appellee,
 vs.
 UNITED SERVICES AUTOMOBILE ASSOCIATION,
 Petitioner/Defendant-Appellant.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-12-0000535; CIV. NO. 99-1856-05)
 AMENDED1 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)
 The application for writ of certiorari filed on August
 20, 2013 by Petitioner United Services Automobile Association is
 hereby rejected.
 DATED: Honolulu, Hawai#i, October 3, 2013.

 Kevin P.H. Sumida and /s/ Mark E. Recktenwald
 Ward F.N. Fujimoto,
 for petitioner /s/ Paula A. Nakayama

 Gregory W. Kugle and /s/ Simeon R. Acoba, Jr.
 Tred R. Eyerly,
 for respondent /s/ Sabrina S. McKenna

 /s/ Richard W. Pollack

 1
 The original order filed on October 3, 2013 is amended to correct the
 misspelling of Respondent’s last name.